UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20461-CR-KING            Date: May 19, 2022     Judge James Lawrence King
Defendant: **Henry Haber, Jr.**          Defense counsel: Juan D. Berrio, Esq.
AUSA:   Alexander T. Pogozelski         U.S. Probation: Lakeisha Brantley

**JUDGMENT AND SENTENCE**

|          | YEARS | MONTHS | DAYS | TIME SERVED |
|----------|-------|--------|------|-------------|
| Count I  |       | 51     |      |             |
|          |       |        |      |             |

() Defendant given credit for time served
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
() Fine: (**X**) none imposed    -0-
(**X**) The court orders restitution in the amount of $4,482,013.00 jointly with co-defendant
() Count remaining  dismissed  _____
(**X**) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**() PROBATION**

|           | YEARS |
|-----------|-------|
| Counts I  | 3     |

() If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
() Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE () Employment and Self Employment Restriction (**X**) Substance Abuse Treatment (**X**) Financial Disclosure (**X**) Permissible Search () Mental Health Treatment   () IRS Cooperation () Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines   () Return Passport to Defendant or his Counsel (**X**) No new Debt Restriction ( ) Credit Card Restriction (**X**) Health Care Business Restriction

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal

() The defendant shall surrender for service of sentence on:
( ) The court recommends:
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty
- The Court hereby Adjudicates the defendant Guilty

- Defense Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby - **DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Gizella Baan-Proulx